UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

FRANCESCO P. PAGANO,

    Plaintiff,

v.                                 25-cv-00423-PP

JOHNSON CONTROLS, INC.,

    Defendant.

---

JEFFREY S. HALFTER,

    Plaintiff,

v.                                 25-cv-00424-PP

JOHNSON CONTROLS, INC.,

    Defendant.

---

STEVEN GREEN,

    Plaintiff,

v.                                 25-cv-01064-PP

JOHNSON CONTROLS, INC.,

    Defendant.

---

## **NOTICE OF SETTLEMENT**

      Francesco P. Pagano, Jeffrey S. Halfter, and Steven Green ("Plaintiffs"), and Johnson Controls, Inc. ("Defendant"), through their undersigned counsel, hereby notify the Court that the

parties have reached an agreement to settle and resolve all claims against Defendant regarding the above-captioned matters.

The parties request the Court stay current scheduling deadlines pending the submission of dismissal documents. The parties anticipate that the final papers necessary for the settlement and dismissal of this case will be presented to the Court within 30 days.

Respectfully submitted,

| | |
|---|---|
| /s/ *Heidi T. Sharp* | /s/ *Peter O. Hughes (w/consent)* |
| BY: Heidi T. Sharp (P69641) | BY: Peter O. Hughes |
| The Sharp Firm, PLLC | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 43260 Garfield Road, Suite 280 | 191 Peachtree St. NE, Suite 4800 |
| Clinton Township, MI 48038 | Atlanta, GA 30303 |
| (586) 226-2627 | (973) 261-0661 |
| heidi@sharpfirmlaw.com | peter.hughes@ogletree.com |
| | |
| Dated: November 21, 2025 | Dated: November 21, 2025 |